UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3079 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| BRADLEY LUETHKE, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 16th day of December, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 6, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253, based upon the Defendant's plea of guilty to Counts I and I of the Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a SATA Device 2 Tray, right drive, WD 5000AAKS, serial number WCAS80779796, five memory DVD disks and one tan custom built computer toner, labeled 3, were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on October 13, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on December 15, 2008 (Filing No. 29).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the a SATA Device 2 Tray, right drive, WD 5000AAKS, serial number WCAS80779796, five memory DVD disks and one tan custom built computer toner, labeled 3, held by any person or entity, are hereby forever barred and foreclosed.

C. The a SATA Device 2 Tray, right drive, WD 5000AAKS, serial number WCAS8077979-6, five memory DVD disks and one tan custom built computer toner, labeled 3, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Marshal of Nebraska is directed to dispose of said property in accordance with law.

DATED this 16th day of December, 2008

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court